UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAH THOMAS WILLOUGHBY,<br><br>                    Plaintiff,<br><br>     v.<br><br>KYLE SHERWOOD,<br><br>                    Defendant. | CASE NO. 2:24-cv-00245-LK<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

  This matter comes before the Court sua sponte. On June 12, 2024, the Court dismissed pro se Plaintiff Isaiah Thomas Willoughby's amended complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and granted him leave to file a second amended complaint by July 12, 2024. Dkt. No. 9 at 8–9. Mr. Willoughby failed to file a second amended complaint or any request for an extension by that date. The Court therefore DISMISSES this case without prejudice.[1]

---

[1] Although the Court cautioned Mr. Willoughby that failure to file a second amended complaint by July 12, 2024 would result in this action being dismissed with prejudice, *id.* at 9, the Court exercises its discretion in this instance to dismiss this action without prejudice in light of Mr. Willoughby's pro se status.

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 1

1 | The Clerk is directed to send uncertified copies of this Order to Mr. Willoughby at his last
2 | known address.
3 | Dated this 19th day of July, 2024.

*[signature: Lauren King]*

Lauren King
United States District Judge